THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Kim R. Blackseth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM R. BLACKSETH, | Case No.  C 07 4815 JCS |
| Plaintiff, | PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES |
| v. | MAGISTRATE JUDGE |
| COMMODORE CRUISES & EVENTS, INC., | |
| Defendant. | |
| _____/ | |

PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES

MAGISTRATE JUDGE:

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

party in the above-captioned civil matter hereby voluntarily consents to have a United States

Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

the entry of a final judgment.  Appeal from the judgement shall be taken directly to the United

States Court of Appeals for the Ninth Circuit.

C 07 4815 JCS                              1

Date:  October 2, 2007


S/Thomas N. Stewart, III
Attorney for Plaintiff