THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Kim R. Blackseth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM R. BLACKSETH, | Case No. C 07 4815 JCS |
| Plaintiff, | PLAINTIFF'S NOTICE OF INABILITY TO COMPLY WITH THE CASE SCHEDULE, AND REQUEST FOR A 60 DAY EXTENSION |
| v. | |
| COMMODORE CRUISES & EVENTS, INC., | |
| Defendant. | |

The Court is hereby notified that the parties are unable to comply with the existing Case Schedule.

This is an ADA case. The Plaintiff, himself, is an ADA Expert, and will be the one to attend the required "Joint Site Inspection". Plaintiff has been sick, is still in the hospital, and is unable to attend a site inspection. Added to that, defense counsel represents the seaman who piloted the Cosco Busan, and has been very busy in that regard.

The existing Case Schedule requires the Joint Inspection to take place by December 28, 2007. Plaintiff will attempt to conduct the Joint Inspection by January 31, 2008. However, in order to make sure that there is sufficient time, Plaintiff requests that the date for the Joint

C 07 4815 JCS            1

Inspection be extended to February 29, 2008.

December 26, 2007

<u>S/Thomas N. Stewart, III</u>
Attorney for Plaintiff