**JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER**
JOHN F. MEADOWS, State Bar No. 023050
LEOPOLDO J. CHANCO, State Bar No. 136083
333 Pine Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 781-7050
Facsimile:  (415) 421-5658

Attorneys for Defendant
COMMODORE CRUISES & EVENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM R. BLACKSETH, | No.  C 07 4815 JCS |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT COMMODORE CRUISES & EVENTS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| COMMODORE CRUISES & EVENTS, INC., | |
| Defendant. | **[Civil L.R. 6-1]** |
| _____/ | |

-1-

IT IS HEREBY STIPULATED by and between the parties hereto through their
respective attorneys of record that defendant COMMODORE CRUISES & EVENTS, INC. shall
have to and including January 25, 2008 to answer or otherwise respond to plaintiff's complaint.
This extension will not alter or affect the date of any event or any deadline already fixed by
Court order.

Dated: December 21, 2007          LAW OFFICES OF THOMAS N. STEWART, III

                                  Thomas N. Stewart, III
                                  Attorneys for Plaintiff
                                  KIM BLACKSETH


Dated: December 28, 2007          JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER

                                  Leopoldo J. Chanco
                                  Attorneys for Defendant
                                  COMMODORE CRUISES & EVENTS, INC.