1  **JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER**
   JOHN F. MEADOWS, State Bar No. 023050
2  LEOPOLDO J. CHANCO, State Bar No. 136083
   333 Pine Street, 5th Floor
3  San Francisco, CA 94104
4  Telephone: (415) 781-7050
   Facsimile:  (415) 421-5658
5
   Attorneys for Defendant
6  COMMODORE CRUISES & EVENTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  KIM R. BLACKSETH,                          No.  C 07 4815 JCS

12         Plaintiff,                          **CERTIFICATION OF
                                               INTERESTED ENTITIES OR
13  vs.                                        PERSONS**

14
    COMMODORE CRUISES & EVENTS,                (Civil LR 3-16)
15  INC.,
           Defendant.
16
    _____/
17

18      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

19  named parties, there is no such interest to report.

20

21  Dated:  December 28, 2007        JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER

22
                                     /s/ Leopoldo J. Chanco
23                                   _____

24                                   Leopoldo J. Chanco
                                     Attorneys for Defendant
25                                   COMMODORE CRUISES & EVENTS, INC.

26

27

28
                                          -1-
                     CERTIFICATE OF INTERESTED ENTITIES   (C 07 4815 JCS)