1  **JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER**
2  JOHN F. MEADOWS, State Bar No. 023050
   LEOPOLDO J. CHANCO, State Bar No. 136083
3  333 Pine Street, 5th Floor
   San Francisco, CA 94104
4  Telephone: (415) 781-7050
   Facsimile:  (415) 421-5658
5
   Attorneys for Defendant
6  COMMODORE CRUISES & EVENTS, INC.

7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

11 | KIM R. BLACKSETH,                          | No.  C 07 4815 JCS |
12 |         Plaintiff,                          | **STIPULATION EXTENDING TIME FOR DEFENDANT COMMODORE CRUISES & EVENTS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
13 | vs.                                         | |
14 | COMMODORE CRUISES & EVENTS, INC.,           | |
15 |         Defendant.                          | [Civil L.R. 6-1] |
16 |                                             | |
17 | _____/            | |

-1-
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (C 07 4815 JCS)

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that defendant COMMODORE CRUISES & EVENTS, INC. shall have to and including January 25, 2008 to answer or otherwise respond to plaintiff's complaint. This extension will not alter or affect the date of any event or any deadline already fixed by Court order.

Dated: December 21, 2007     LAW OFFICES OF THOMAS N. STEWART, III

_____
Thomas N. Stewart, III
Attorneys for Plaintiff
KIM BLACKSETH

Dated: December 28, 2007     JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER

_____
Leopoldo J. Chanco
Attorneys for Defendant
COMMODORE CRUISES & EVENTS, INC.

Dated: January 7, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (C 07 4815 JCS)