1  **JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER**
   JOHN F. MEADOWS, State Bar No. 023050
2  LEOPOLDO J. CHANCO, State Bar No. 136083
   333 Pine Street, 5th Floor
3  San Francisco, CA 94104
4  Telephone: (415) 781-7050
   Facsimile:  (415) 421-5658
5
   Attorneys for Defendant
6  COMMODORE CRUISES & EVENTS, INC.

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | KIM R. BLACKSETH,                          No.  C 07-04815 JCS

12 |         Plaintiff,                         **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

13 | vs.

14 | COMMODORE CRUISES & EVENTS, INC.,

15 |         Defendant.

16

17 | _____/

18 REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

19     The undersigned party in the above-captioned civil matter hereby declines to consent to

20 the assignment of this case to a United States Magistrate Judge for trial and disposition and

21 hereby requests the reassignment of this case to a United States District Judge.

22 Dated:  January 18, 2008            JEDEIKIN, SPAULDING, MEADOWS & SCHNEIDER

23

24                                     /s/ Leopoldo J. Chanco
                                       _____
25                                     John F. Meadows
                                       Leopoldo J. Chanco
26                                     Attorneys for Defendant
                                       COMMODORE CRUISES & EVENTS, INC.
27

28

-1-

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE (C 07 4815 JCS)