**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**January 24, 2008**

CASE NUMBER:  CV 07-04815 JCS
CASE TITLE:  KIM R. BLACKSETH-v-COMMODORE CRUISES AND EVENTS

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/24/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                       Entered in Computer 1/24/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA