THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Kim R. Blackseth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM R. BLACKSETH, | Case No. C 07 4815 WHA |
| Plaintiff, | PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES |
| v. | |
| COMMODORE CRUISES & EVENTS, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

February 26, 2008


　　　　　　　　　　　　　　　　　　S/Thomas N. Stewart, III
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

C 07 4815 WHA                              1