THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Kim R. Blackseth

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM R. BLACKSETH,                          Case No.  C 07 4815 WHA

    Plaintiff,                          PLAINTIFF'S INITIAL DISCLOSURES

v.

COMMODORE CRUISES &
EVENTS, INC.,

    Defendant.
_____/

    I, Thomas N. Stewart, III certify that to the best of my knowledge, information and

belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is

complete and correct as of the time it is made.

Date:   February 26, 2008

S/THOMAS N. STEWART, III
Attorney for Plaintiff

**INITIAL DISCLOSURES**

C 07 4815 WHA                          1

**Rule 26(a)(1)(A): the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:**

Plaintiff and Nikki Wallace (who can be reached through Plaintiff's counsel).

**Rule 26(a)(1)(B): a copy of , or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

E-mail from Donna Bradshaw to Nikki Wallace dated September 11, 2007 re the events of June 30, 2007; E-mail from Nikki Wallace to Plaintiff dated September 14, 2007 re her conversations with Donna Bradshaw and Christina Wright re the accessibility of the cruise.

**Rule 26(a)(1)(C): a computation or any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

None.

**Rule 26(a)(1)(D): for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

N/A

**End**