UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge: WILLIAM ALSUP**

**Date**: March 6, 2008

**Case No:** C 07-04815 WHA

**Case Title**: KIM BLACKSETH v. COMMODORE CRUISES & EVENTS INC.

**Appearances:**

    For Plaintiff(s): Thomas Stewart

    For Defendant(s): Leo Chanco

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Kathy Wyatt

## PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      ( ) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff    ( ) Defendant    (X) Court

## SUMMARY

- This Court will issue an order giving trial and pretrial dates.
- This matter is referred to mediation.

Cc: ADR