United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## Northern District of California

10 Blackseth,                                    07-04815 WHA MED

11              Plaintiff(s),              **Notice of Appointment of Mediator**

12       v.

13 Commodore Cruises & Events, Inc.,

14              Defendant(s).

15 TO COUNSEL OF RECORD:

16       The court notifies the parties and counsel that the Mediator assigned to this case

17 is:

18                     **Howard A. Herman**
                       US District Court - ADR Program
19                     450 Golden Gate Avenue, 16th Floor
                       San Francisco, CA 94102
20                     415-522-2027
                       Howard_Herman@cand.uscourts.gov
21

22       Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

23 governs the Mediation program.  The mediator will schedule a joint phone conference

24 with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
25
The court permits the mediator to charge each party its pro rata share of the cost of the
26
phone conference.
27
28

**Notice of Appointment of Mediator**
07-04815 WHA MED                        - 1 -

1      Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: March 13, 2008

5                                            RICHARD W. WIEKING
                                             Clerk
6                                            by:      Alice M. Fiel

7

8                                            _____
                                             ADR Case Administrator
9                                            415-522-3148
                                             Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04815 WHA MED                          - 2 -